IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDIA MYERS, and DONALD MYERS,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM DAVIS, and ROSE MARIE DAVIS,<br><br>Defendants. | 8:19CV540<br><br>ORDER ON STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' December 19, 2022, Stipulation for Dismissal. Filing 66. The parties stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs, and with complete record waived, for the reason that the case has been settled. Accordingly,

IT IS ORDERED that the parties' December 19, 2022, Stipulation for Dismissal, Filing 66, is granted, and this action is dismissed with prejudice, with each party to pay its own costs, and with complete record waived.

Dated this 20th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1